AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| BYRON DENILSON MEREJILDO MEJILLON | ) Case No. 8:25cr162-CEH-TGW |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BYRON DENILSON MEREJILDO MEJILLON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Cocaine on a Vessel Subject to the Jurisdiction of the United States in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii) and Possession with Intent to Distribute Cocaine on a Vessel Subject to the Jurisdiction of the United States in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 21 U.S.C. § 960 (b)(1)(B)(ii), and 18 U.S.C. § 2.

APR 16 2025 PM 2:18
FILED - USDC - FLMD - TPA

Date: 04/09/2025

_____
Issuing officer's signature

AMPARO MORENO

City and state: Tampa, FL        ELIZABETH WARREN, Clerk, United States District Court
Printed name and title

---

### Return

This warrant was received on *(date)* 4/9/2025, and the person was arrested on *(date)* 4/15/2025
at *(city and state)* TAMPA, FL.

Date: 4/16/2025

_____
Arresting officer's signature

MICHAEL CONNELL DUSM
Printed name and title